WIESMANN, Appellant, vs. SHANLEY and others, Respondents.

*February 22—March 14, 1905.*

*Appealable order: Striking out parts of pleading.*

An order striking out, as irrelevant, portions of a complaint is not appealable. It does not determine the action or prevent a judgment from which an appeal might be taken, within the meaning of subd. 1, sec. 3069, Stats. 1898.

APPEAL from an order of the circuit court for Kenosha county: E. B. BELDEN, Circuit Judge. *Dismissed.*

The appeal is by plaintiff from an order striking out, as irrelevant and redundant, certain portions of the complaint.

*Henry Wiesmann,* for the appellant.

*Peter Fisher,* for the respondents.

DODGE, J.   Orders striking out parts of pleadings were in some cases held appealable under subd. 4, sec. 3069, R. S. 1878, as involving "the merits of the action or some part thereof." *Freeman v. Engelmann T. Co.* 36 Wis. 571; *Carpenter v. Reynolds,* 58 Wis. 666, 17 N. W. 300; *Dewald v. Dewald,* 89 Wis. 353, 62 N. W. 175. That subdivision was eliminated by ch. 212, Laws of 1895. *Adamson v. Raymer,* 94 Wis. 243, 250, 68 N. W. 1000. Since then no statute is claimed to confer appealability upon such orders, except, perhaps, subd. 1, sec. 3069, Stats. 1898. That, however, cannot be effective, for the order, much as it may affect a substantial right, in no wise determines the action, nor prevents a judgment from which an appeal might be taken. *Flannigan v. Lindgren,* 102 Wis. 445, 100 N. W. 818. No statute authorizing the present appeal, we are without jurisdiction to entertain it.

*By the Court.*—Appeal dismissed.